UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARCUS B. GORDON, SR                                              PLAINTIFF

VS.                                        CIVIL ACTION NO. 5:04cv224-DCB-JCS

WARDEN M. PETTIFORD, ET AL.                                     DEFENDANTS

## FINAL JUDGMENT

This matter having come before the Court on Report and Recommendation of the United States Magistrate Judge [docket entry no. 39] and pursuant to instruction by the Fifth Circuit Court of Appeals [COA No. 08-60127], and the Court having dismissed all of the plaintiff's claims, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, this the 24th day of April 2009.

                                                    s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE